**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LAGALE BROWN**, | **CIVIL ACTION** |
| Petitioner, | |
| *v.* | **NO. 21-4959-KSM** |
| **DELAWARE COUNTY COURTHOUSE ROOM 6**, *et al.,* | |
| Respondents. | |

## ORDER

**AND NOW**, this 14th day of August, 2023, upon consideration of the Report and Recommendation ("R&R") (Doc. No. 13) issued on January 9, 2023 by United States Magistrate Judge Elizabeth Hey, Petitioner Lagale Brown's objections (Doc. No. 14) and "Motion to Alter Judgment" (Doc. No. 15), and after a careful and independent review of the record, it is hereby **ORDERED** that:

1. Petitioner's objections (Doc. No. 14) are **OVERRULED**;

2. Petitioner's "Motion to Alter Judgment" (Doc. No 15) is **DENIED**;

3. The Report and Recommendation (Doc. No. 13) is **APPROVED** and **ADOPTED**;

4. The petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED WITH PREJUDICE**;

5. A Certificate of Appealability **SHALL NOT ISSUE**, as Petitioner has not demonstrated that reasonable jurists would debate the correctness of the procedural determinations of this decision.

6.   The Clerk of Court shall mark this case as **CLOSED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.